JS6

Mark B. Wilson - CA Bar No. 137400
wilson@kleinandwilson.com
Gordon V. Dunn III - CA Bar No. 311801
gdunn@kleinandwilson.com
KLEIN & WILSON
A Partnership of Professional Corporations
4770 Von Karman Avenue
Newport Beach, California 92660
(949) 631-3300; Facsimile (949) 631-3703

Attorneys for Plaintiff and Counter-Defendant PATRICIA BENITEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PATRICIA BENITEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OPTUMINSIGHT, INC., a Delaware corporation; JUSTIN ORLANDO, as the fiduciary of the American International Group, Inc. Medical Plan; UNITED HEALTHCARE SERVICES, INC., a Minnesota Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO. 2:21-cv-07734-RGK(ASx)<br>HON. R. GARY KLAUSNER<br><br>[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION  [51]<br><br>Pretrial Conf: September 19, 2022<br>Trial Date: October 4, 2022 |

Considering the parties' notice of settlement and stipulation regarding dismissal of the entire action, and consistent with Fed. R. Civ. P. 41, the court orders as follows:

This action, including all claims and counterclaims asserted therein by any of the parties, is dismissed with prejudice and without costs or fees awarded to any party.

IT IS SO ORDERED.

Dated: March 29, 2022

*/s/ Gary Klausner*
Honorable R. Gary Klausner
United States District Court Judge